## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: JOHNSON, JUSTIN | § | Case No. 09-06210 |
| JOHNSON, KIMBERLY | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,000.00 | Assets Exempt: $102,002.00 |
| Total Distribution to Claimants: $5,579.38 | Claims Discharged Without Payment: $40,128.04 |
| Total Expenses of Administration: $1,453.10 | |

3) Total gross receipts of $ 7,032.48 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,032.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $328,495.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,453.10 | 1,453.10 | 1,453.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 42,641.00 | 36,470.42 | 36,470.42 | 5,579.38 |
| **TOTAL DISBURSEMENTS** | $371,136.00 | $37,923.52 | $37,923.52 | $7,032.48 |

4) This case was originally filed under Chapter 7 on February 26, 2009. . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2010   By: /s/MICHAEL G. BERLAND
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Federal Tax refund-scheduled | 1124-000 | 6,387.00 |
| State tax refund-unscheduled | 1224-000 | 642.00 |
| Interest Income | 1270-000 | 3.48 |
| **TOTAL GROSS RECEIPTS** | | **$7,032.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WELLS FARGO | 4110-000 | 300,420.00 | N/A | N/A | 0.00 |
| BANK OF AMERICA | 4210-000 | 19,397.00 | N/A | N/A | 0.00 |
| CHASE MANHATTAN | 4210-000 | 7,350.00 | N/A | N/A | 0.00 |
| SEARS | 4210-000 | 1,328.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$328,495.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,453.10 | 1,453.10 | 1,453.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,453.10 | 1,453.10 | 1,453.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC assignee of Citibank,c/o Resurgent Capital | 7100-000 | N/A | 1,328.98 | 1,328.98 | 203.31 |
| CARD SERVICES, BANK AMERICA, BY AMERICAN INFOSOURCE, AGEN | 7100-000 | 33,404.00 | 35,141.44 | 35,141.44 | 5,376.07 |
| Capital 1 Bank | 7100-000 | 9,237.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 42,641.00 | 36,470.42 | 36,470.42 | 5,579.38 |

**UST Form 101-7-TDR (9/1/2009)**

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-06210  
Case Name: JOHNSON, JUSTIN  
JOHNSON, KIMBERLY  
Period Ending: 09/08/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 02/26/09 (f)  
§341(a) Meeting Date: 04/02/09  
Claims Bar Date: 08/13/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Federal Tax refund-scheduled<br>None of the tax refund was an earned income credit and it was not exempt. | 0.00 | 6,387.00 | | 6,387.00 | FA |
| 2 | State tax refund-unscheduled (u) | 0.00 | 642.00 | | 642.00 | FA |
| 3 | 2238 Keim,Aurora-scheduled | 295,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Chase-scheduled | 2,402.00 | 0.00 | | 0.00 | FA |
| 6 | Savings Chase Bank-scheduled | 3,900.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods-scheduled | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Collectibles-shceduled | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Jewlery-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Term life-schedueld | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Interest in pension-scheduled | 56,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Jeep-scheduled | 9,825.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 Chevy Silverado-scheduled | 13,990.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.48 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | $390,817.00 | $7,029.00 | | $7,032.48 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee lquidated an unscheduled state tax refund and a federal tax refund that was mistakenly listed as an amended earnedi ncome credit. Schedules amended to show no earned income credit. No exemption was claimed for any of the funds collected by the Trustee.

Initial Projected Date Of Final Report (TFR): December 31, 2012  Current Projected Date Of Final Report (TFR): December 31, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-06210 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | JOHNSON, JUSTIN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JOHNSON, KIMBERLY | | Account: | \*\*\*-\*\*\*\*\*65-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*\*4656 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/09 | {1} | Justin & Kimberly Johnson | Payment of federal tax refund | 1124-000 | 6,387.00 | | 6,387.00 |
| 06/03/09 | {2} | Justin & Kimberly Johnson | Payment of state tax refund | 1224-000 | 642.00 | | 7,029.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 7,029.24 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,029.53 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,029.82 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,030.10 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,030.38 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,030.67 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,030.96 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,031.23 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 7,031.49 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,031.80 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 7,031.84 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*6565 | Wire out to BNYM account 9200\*\*\*\*\*\*6565 | 9999-000 | -7,031.84 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -7,031.84 | 0.00 | |
| | | | Subtotal | | 7,031.84 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,031.84 | $0.00 | |

{} Asset reference(s)

Printed: 09/08/2010 01:10 PM   V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-06210 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: JOHNSON, JUSTIN | Bank Name: JPMORGAN CHASE BANK, N.A. |
| JOHNSON, KIMBERLY | Account: ***-*****65-66 - Checking Account |
| Taxpayer ID #: **-***4656 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/08/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-06210 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | JOHNSON, JUSTIN | | Bank Name: | The Bank of New York Mellon |
| | JOHNSON, KIMBERLY | | Account: | 9200-******65-65 - Money Market Account |
| Taxpayer ID #: | **-***4656 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | Wire in from JPMorgan Chase Bank, N.A. account ********6565 | 9999-000 | 7,031.84 | | 7,031.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 7,032.17 |
| 05/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.31 | | 7,032.48 |
| 05/24/10 | | To Account #9200******6566 | Transfer for purpose of final distribution | 9999-000 | | 7,032.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,032.48 | 7,032.48 | $0.00 |
| | | | Less: Bank Transfers | | 7,031.84 | 7,032.48 | |
| | | | Subtotal | | 0.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.64 | $0.00 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-06210 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | JOHNSON, JUSTIN | Bank Name: | The Bank of New York Mellon |
| | JOHNSON, KIMBERLY | Account: | 9200-******65-66 - Checking Account |
| Taxpayer ID #: | **-***4656 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/10 | | From Account #9200******6565 | Transfer for purpose of final distribution | 9999-000 | 7,032.48 | | 7,032.48 |
| 05/25/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,453.10, Trustee Compensation; Reference: | 2100-000 | | 1,453.10 | 5,579.38 |
| 05/25/10 | 10102 | PYOD LLC assignee of Citibank,c/o Resurgent Capital | Dividend paid 15.29% on $1,328.98; Claim# 1; Filed: $1,328.98; Reference: | 7100-000 | | 203.31 | 5,376.07 |
| 05/25/10 | 10103 | CARD SERVICES, BANK AMERICA, BY AMERICAN INFOSURCE, AGEN | Dividend paid 15.29% on $35,141.44; Claim# 2; Filed: $35,141.44; Reference: | 7100-000 | | 5,376.07 | 0.00 |

|  | ACCOUNT TOTALS | 7,032.48 | 7,032.48 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 7,032.48 | 0.00 | |
|  | Subtotal | 0.00 | 7,032.48 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $7,032.48 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****65-65 | 7,031.84 | 0.00 | 0.00 |
| Checking # ***-*****65-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******65-65 | 0.64 | 0.00 | 0.00 |
| Checking # 9200-******65-66 | 0.00 | 7,032.48 | 0.00 |
| | $7,032.48 | $7,032.48 | $0.00 |

() Asset reference(s)

Printed: 09/08/2010 01:10 PM V.12.52